UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

                -v-

Andrew Joseph,

                          Defendant.
-------------------------------------------------------------X

**ORDER**

20 Cr. 675 (CM)

Defendant Andrew Joseph seeks to proceed with a change of plea proceeding via video conference instead of a personal appearance in court. In view of the ongoing pandemic, video conferencing has been employed by judges in the Southern District of New York on numerous occasions. This Court finds that any further delay in this proceeding would result in serious harm to the interests of justice. Proceeding by video conference with a change of plea advances Mr. Joseph's case and furthers justice without undue delay. *See* § 15002 (b)(2) of the Coronavirus Air, Relief, and Economic Security ("CARES") Act. During the change of plea proceeding, the magistrate judge should allocute the defendant on his consent to proceed via video conference as previously stated by his counsel.

SO ORDERED:

Dated: New York, New York
      ~~December 4~~, 2020
      January

Accepted: _____
                The Honorable Colleen McMahon
                United States District Court
                Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/21