UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

   - v. -

ANDREW JOSEPH,

             Defendant.

-----------------------------------------------------------X

20-CR-675 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2021

AND NOW, this 25th day of March, 2021, upon consideration of the request made by counsel

on behalf of Andrew Joseph, it is hereby

ORDERED

that Recovery Innovations, Inc., located at 1 Corbett Way, Eatontown, New Jersey 07724,

produce all records and to write a progress report concerning Andrew Joseph directly to

the Court.

BY THE COURT:

_____
HONORABLE COLLEEN MCMAHON
United States District Court Judge
3/25/2021